IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID WATLINGTON and LINDSEY
HOLLAWAY, on behalf of themselves and
others similarly situated                                                                PLAINTIFFS

v.                              No. 2:17-cv-2-DPM

CITY OF McCRORY, ARKANSAS; and
PAUL HATCH, in his Official Capacity as
the Police Chief of McCrory, Arkansas                                           DEFENDANTS

## ORDER

Based on the City's promise not to enforce the challenged ordinance provision against anyone, № 8 at 2, Watlington and Hollaway's motion for a TRO (part of № 2) is denied without prejudice as moot. The case isn't moot; but the request for stop-gap injunctive relief is. The 12 January 2017 hearing is canceled. The case is stayed until 24 February 2017. Joint status report due by 15 February 2017.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2017