IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID WATLINGTON and LINDSEY
HOLLAWAY, on behalf of themselves and
others similarly situated                                                               PLAINTIFFS

v.                                  No. 2:17-cv-2-DPM

CITY OF McCRORY, ARKANSAS; and
PAUL HATCH, in his Official Capacity as
the Police Chief of McCrory, Arkansas                                       DEFENDANTS

ORDER

Defendants' status report, № 13, noted. The stay is lifted. The prompt amendment of the ordinance moots the request for injunctive relief; the motion for a preliminary injunction, № 2, is therefore denied without prejudice. The Court extends Defendants' time to answer or file a Rule 12(b) motion until 17 February 2017. And the Court encourages the parties to meet and confer in the interim to see if they can resolve whatever is left in dispute.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2017