# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID WATLINGTON and
LINDSEY HOLLAWAY, on
behalf of themselves and others
similarly situated                                              PLAINTIFFS

v.                          No. 2:17-cv-2-DPM

CITY OF McCRORY, ARKANSAS,
and PAUL HATCH, in his Official
Capacity as the Police Chief of
McCrory, Arkansas                                               DEFENDANTS

## ORDER

Plaintiffs' motion to dismiss, № 39, is granted. The Court congratulates the parties on their settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2017