# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID WATLINGTON and
LINDSEY HOLLAWAY, on
behalf of themselves and others similarly situated

PLAINTIFFS/
COUNTERDEFENDANTS

v.                          No. 2:17-cv-2-DPM

CITY OF McCRORY, ARKANSAS,
and PAUL HATCH, in his Official
Capacity as the Police Chief of
McCrory, Arkansas

DEFENDANTS/
COUNTERCLAIMANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. Defendants' counterclaim is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2017